# United States District Court
## For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (Petty / Misdemeanor Offenses) |
| Landen J. Barnes | Case Number: DNCW310MJ000153-001 |
| | USM Number: |
| | Angela Parrott |
| | Defendant's Attorney |

**THE DEFENDANT:**

| | |
|---|---|
| _X_ | pleaded guilty to count(s) <u>1 & 2</u> |
| __ | Pleaded guilty to violation(s) |
| __ | Pleaded not guilty to count(s) |
| __ | Pleaded not guilty to violation(s) |

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| Title 18 USC 7 and 13 | Driving while license revoked | March, 2009 | 1 |
| Title 32 CFR Part 210 | Failure to operate a motor vehicle in a careful and prudent manner | March, 2009 | 2 |

| | |
|---|---|
| __ | Counts(s) (is)(are) dismissed on the motion of the United States. |
| __ | Violation Notice(s) (is)(are) dismissed on the motion of the United States. |
| __ | Found not guilty as to: |

**IMPOSITION OF SENTENCE:**

1. Court orders the defendant to pay a $250 fine and an assessment in the amount $25.

__ The Court has considered the information presented by the defendant concerning the defendant's financial resources, assets, financial obligations, projected earnings, other income, age, education, health, dependents, and work history, and finds that the following is feasible: **That the defendant is financially able to pay $_____ Per month.**

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Date of Imposition of Sentence: August 2, 2011

Signed: August 2, 2011

_____
David S. Cayer
United States Magistrate Judge